

Beth Creighton   OSB #97244
E-mail: *beth@sstcr.com*
J. Ashlee Albies, OSB #05184
E-mail: *ashlee@sstcr.com*
CREIGHTON & ROSE, PC
500 Yamhill Plaza Building
815 S.W. Second Avenue
Portland, Oregon  97204
Phone:  (503) 221-1792
Fax:       (503) 223-1516

FILED 27 APR '11 15:17 USDC-ORP

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MELISSA BODINE,<br><br>          Plaintiff,<br>v.<br><br>ROCHE INCORPORATED,<br>d/b/a DAVE'S PALISADES SERVICE COMPANY<br><br>          Defendant. | Case No.  CV'11 - 522   AC<br><br>**COMPLAINT**<br><br>(Fair Labor Standards Act, Wage & Hour Violations)<br><br>JURY TRIAL REQUESTED |

**I.**

**INTRODUCTION**

1. Pursuant to ORS 652.020, ORS 653.010 to 653.261 and 29 U.S.C. § *201 et seq.*, Plaintiff alleges violation of her statutory rights to be fully compensated for her hours worked. She seeks damages, attorney fees, and litigation expenses and costs, including expert witness fees

PAGE 1 – COMPLAINT

CREIGHTON & ROSE, PC  ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@sstcr.com

and expenses.

## II.

## JURISDICTION

2. Jurisdiction on this matter is based upon 28 U.S.C. §1331 and 28 U.S.C. §1367.

## III.

## PARTIES

3. At all material times, Plaintiff Melissa Bodine (hereafter "Plaintiff") resides in Oregon, and is a former employee of Defendant Roche Incorporated, d/b/a Dave's Palisades Service Company (hereafter "Defendant").

4. At all material times, Defendant is an Oregon Corporation and an enterprise engaged in commerce whose gross receipts exceed the amount stated in 29 USC 203(s)(1)(A)(ii).

## IV.

## FACTS

5. Plaintiff Melissa Bodine was employed by Defendant from September 2, 2008 to April 12, 2010.

6. At all material times, Shawn Roche, the son of Roche, Inc.'s owner, was the General Manager of Plaintiff's workplace and her sole supervisor.

7. Defendant required Plaintiff to carry out all closing duties before she left work. Plaintiff worked beyond scheduled hours to perform these duties. Defendant knew or should have known Plaintiff worked beyond scheduled time to perform her closing duties.

8. Shawn Roche scheduled Plaintiff to be off work at 9:30 pm and required that Plaintiff write down a time-out of 9:30 pm or earlier on her time-sheets. Shawn Roche knew or

PAGE 2 – COMPLAINT

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@sstcr.com

should have known Plaintiff routinely worked until 11:30 pm or later to perform her closing duties.

9. Defendant failed to compensate Plaintiff for the hours she worked beyond her scheduled work time.

10. Defendant caused Plaintiff to suffer financial harm as a result of their unlawful actions.

## V.

### CLAIM FOR RELIEF
### (Wage & Hour Violations)

11. Plaintiff realleges the above.

12. Pursuant to 29 USC § 207 and ORS 653, plaintiff is entitled an award of her unpaid overtime, in amounts to be determined at trial, with prejudgment interest accrued from the time each overtime payment should have been paid.

13. Pursuant to 29 USC § 216(b), Plaintiff should be awarded liquidated damages equivalent to the amount of wages owed.

14. Pursuant to ORS 653.055 and ORS 652.150, Plaintiff should be awarded a civil penalty in the maximum amounts mandated by ORS 652.150.

15. Pursuant to 29 USC § 216(b) and ORS 653.055, Plaintiff should be awarded her attorney fees and litigation expenses/costs incurred herein.

//

//

//

PAGE 3 – COMPLAINT

CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@sstcr.com

## VI.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for compensation for the following in accordance with the proof at trial:

1. Economic harm;

2. Non-economic harm;

3. Reasonable attorneys' fees, litigation expenses/costs, and expert fees;

4. Prejudgment and post judgment interest as appropriate and allowed by law;

5. On all claims, as applicable, amounts necessary to offset the income tax consequences of receiving a lump sum payment, rather than receiving a payment of wages over the applicable time frame;

6. Punitive damages; and

7. Any and all other relief as this court may deem proper.

JURY TRIAL REQUESTED

Dated this 27th day of April, 2011.

*Beth Creighton*
BETH CREIGHTON, OSB # 97244
J. ASHLEE ALBIES, OSB # 051846
Of Attorneys for Plaintiff

PAGE 4 – COMPLAINT

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
815 SW 2nd Ave #500
Portland, OR 97204
T. (503) 221-1792
F. (503) 223-1516
beth@sstcr.com